RECEIVED
*(Rev. 5/1/13)*

JUN 2 1 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA

_____ DIVISION

LEROY BROWN JR.

Plaintiff

Civil Action No. 5:18-cv-0832   SEC. P

Prisoner # 122771

VS.

Judge _____

SGT. SHELIA COLEMAN, EMPLOYEE AT DAVID
WADE CORRECTIONAL   Defendant
CENTER, ET. AL.

Magistrate Judge _____

COMPLAINT
PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983

I.    Previous Lawsuits

a.    Have you begun any other lawsuit while incarcerated or detained in any facility?

Yes [✓]   No [ ]

b.    If your answer to the preceding question is "Yes," provide the following information.

1.    State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

I DON'T HAVE THE RECORDS ANYMORE. FROM WHAT I CAN REMEMBER, 2 OR 3 FEDERAL LAWSUITS.,, ONE IS MORE THAN 20 YEAR OLD, ALL FILED IN SHREVEPORT.

2.    Name the parties to the previous lawsuit(s):

Plaintiffs: LEROY BROWN JR, OFFENDER AT D.W.C.C..

Defendants: WARDEN STALDER, WARDEN WARD, WARDENS AT D.W.C.C.

3.    Docket number(s): NOT AVAILABLE

4.    Date(s) on which each lawsuit was filed: NOT AVAILABLE

5.    Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

FROM WHAT I CAN REMEMBER, ALL WERE DISMISSED WITHOUT PREJUDICE.

(Rev. 5/1/13)

c. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes [✓]   No [ ]

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

FAILURE TO STATE A CLAIM AND DEFENDANTS IMMUNE FROM RELIEF SOUGHT.

II.  a. Name of institution and address of current place of confinement:

DAVID WADE CORRECTIONAL CENTER, 670 BELL HILL RD., HOMER, LA. 71040

b. Is there a prison grievance procedure in this institution?

Yes [✓]   No [ ]

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes [✓]   No [ ]

2. If you did not file an administrative grievance, explain why you have not done so.

I FILED NUMBEROUS ARP'S IN REFERENCE TO MY ARP, I DID NOT APPEAL ALL ADVERSE DECISIONS TO THE SECRETARY BECAUSE I'VE BEEN AT DWCC APPROX 30 YEARS. ALL ARP'S ARE UPHELD BY THE SECRETARY EVERYTIME, AND THE OFFENDER WILL BE RETALIATED AGAINST.

3. If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

SEE F1 AND F2. I MADE SICK CALL NUMBEROUS TIMES. SEE F3 AND F4

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III.  Parties to Current Lawsuit:

a. Plaintiff, LEROY BROWN, 122771

Address 670 BELL HILL RD. HOMER, LA. 71040

*(Rev. 5/1/13)*

b.   Defendant, _SHELIA COLEMAN_ , is employed as
_SERGEANT_ at _DAVID WADE CORRECTIONAL CENTER_
Defendant, _SGT. MORGAN_ , is employed as
_SERGEANT_ at _DWCC_ .
Defendant, _BAM HEARN_ , is employed as
_DOCTOR_ at _DWCC_ .

Additional defendants, _CHARLES PARKER, ALVIN HARVEY_
_ARE OFFENDERS AT DWCC. DR. TAYLOR IS HEAD OF ORTHO-_
_PEDICS AT UNIV. HEALTH IN MONROE._

IV.   Statement of Claim

State the FACTS of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.

_PLEASE SEE MY ATTACHED HANDWRITTEN_
_PAGES F-5, F6, F7, AND SICK CALL SHEETS F3, F4_

*(Rev. 5/1/13)*

V.   Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

PUNITIVE DAMAGES, NEED ADEQUATE MEDICATION, NEED CRUTCHES/ WHEELCHAIR/WALKER WHEN HIP WON'T SUPPORT WEIGHT, COMPEN- SATORY DAMAGES. I NEED DWCC PERSONEL TO STOP WORKING IN CONCERT WITH EACH OTHER AND OFFENDERS TO ATTACK INJURIED HIP (NEED DUTY STATUS

VI.   Plaintiff's Declaration

a.   I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b.   I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c.   If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this ___17___ day of ___June___, 20 _18_ .

_____122771_____                    _LEROY BROWN 122771_
Prisoner no. (Louisiana Department of        Signature of Plaintiff
Corrections or Federal Bureau of Prisons)