LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES

CASE NUMBER: DWCC-2016-0908

SECOND STEP RESPONSE FORM
(HEADQUARTERS)

TO: Brown, Leroy    122771                              DWCC
        Offender Name and Number                        Living Unit

Response to Request Dated 04/20/2017, Received in this Office on 05/03/2017:

Your request for an Administrative review of ARP# DWCC-2016-0908 has been received. A qualified member of the Headquarters staff has reviewed your request in order to render a fair and impartial response.

Your complaint and relevant documents have been reviewed. It is unfortunate that you had to undergo surgery for your right hip, however the department is committed to provide necessary accommodation. Documents show that your requests for access to healthcare were addressed in a timely manner. You were also evaluated in the clinic by the DWCC physician and thorough examinations had been documented. A working diagnosis of right hip pain was made, based on the signs and symptoms presented at the time of your medical assessments. The treatment plan outlined for your medical concerns included a referral to be seen at the UHM Orthopedist Clinic and x-rays of your right hip were ordered on two separate occasions. It is to be noted that the results for each x-ray did not indicate any type of fracture. It was not until you were seen by the Orthopedist at UHM that it was discovered that you had fractured your right hip. Therefore, surgery was directly scheduled after your assessment was completed by the Orthopedist at the UHM. Upon your return from the hospital, the DWCC medical staff continued to provide medically ordered care without any undue delay. Once again, it is with regret that you had to undergo surgery for your right hip, but there is no evidence pointing to deliberate indifference. Medical opinion is controlling. The medical care you have received and will continue to receive is deemed adequate. As such, this office concurs with staff and finds no further investigation warranted.

Your request for relief is denied.

_____
6/22/17
            Date

_____
            Secretary's Signature or His Designee

F1

CASE NUMBER: DWCC-2016-0908

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)


TO: Brown, Leroy 122771                          N5B
                                                 Living Quarters


Response to request dated 09/09/2016, received in this office on 09/13/2016

I have reviewed your request for administrative remedy in which you claim inadequate intervention for your reported right hip pain. You were referred appropriately and seen by the physician on multiple occasions prior to the diagnosis of a fractured hip. You had not one, but two, x-ray of this hip that showed no evidence of a fracture. The last x-ray showing negative results was obtained on 6/15/16. Despite these negative findings you were referred to the orthopedic clinic for further evaluation of your continued hip pain. If was documented by the orthopedic physician that although you had a fall in January of 2016 you only became unable to bear weight on your hip one week prior to your exam. It was during this orthopedic visit that it was determined that your hip was now fractured. You then underwent surgery to repair this fracture and have since received appropriate follow up care. You were last seen by the DWCC physician on 1/11/17 for your yearly physical. No documentation of any further hip problems was identified in this examination. Your medical needs are being appropriately addressed.

Prepared by: _Paula Mellweek_


_4/17/17_                                          _Auge / huff_
     Date                                               Unit Head


Instructions to Offender: If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

( )  I am not satisfied with this response and wish to proceed to Step Two.

Reason: _MY HIP HURTS EVERYDAY. THIS IS THE SECOND TIME MR DR. HEARDS_
_____ _____ _____
_MEDICAL PERSONNEL KNOW HOW_____

_4-20-2017_                                        _LEROY BROWN / 122771_
     Date                                          Offender's Signature   DOC#


                          Ex  P2

**Form HC-01-A**
**14 September 2009**    **Health Care Request Form**    Institution _DWCC_

LEROY BROWN    DOC # _122771_    Age _57_    Housing _NSD13_    Job Assignment _YARD CREW_

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:**

FOR 8 WEEKS I'VE HAD ~~LOWER~~ PAIN IN MY RIGHT HIP. ASU-S HAS RULED OUT CANCER 2 WEEKS AGO. I'M TAKING 600 MG OF IBUPROFEN & PRIMIDONE 3 X A DAY. IT'S NOT MUCH HELP. NEED TO SEE THE DOCTOR

Healthcare Personnel Screening: Date: _7/29/15_ Time: _0700_ Location Seen: _W-1WF_

(Circle One):    Emergency / **Routine Sick Call** / Work Related

**New Medications Ordered:**

_____
_____
_____
_____    Total #: _____

Screener's Signature: _____

☑ No Fees  ☐ $3 Access Fee  ☐ $6.00 Access Fee  ☐ $2 for Each Prescription Fee: $ _____    Total: $ _0_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

LEROY BROWN    _122771_    _7-29-2015_    _Sgt. Taylor_
Offender Signature    DOC #    Date    Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

F3

**Form HC-01-A**
**14 September 2009**

N. Int

**Health Care Request Form**

**Institution:** DWCC

| LEROY BROWN | 122771 | 58 | N 5B | CREW 30 |
|---|---|---|---|---|
| Name | DOC# | Age | Housing | Job Assignment: |

**OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:** I NEED A SET OF CRUTCHES, BECAUSE MY RIGHT HIP IS TOO PAINFUL TO WALK ON. THIS WHICH I HAVE COMPLAINED FOR OVER 7 MONTHS

---

**Health Care Personnel Screening:** Date: 8/3/16   Time: 1425   Location Seen: N. INF

(Circle One) Emergency / **Routine Sick Call** / Work Related

**New Medications Ordered:**
Seen 7/27/16 and Refer to
CIII on NAPRO 440 mg×Ro X-R
ordered 7/21/16   **Total #:** _____

**Screener's Signature:** K. Hamilton RN

☐ No Fees ☑ $3 Access Fee ☐ $6 Access Fee ☐ $2 for Each Prescription Fee: $_____   Total: $ 3.00

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

| LEROY BROWN | 122771 | 8-3-2016 | c/scu X. Ferguson |
|---|---|---|---|
| Offender's Signature | DOC# | Date | Witness Signature |

Original - Offender's Medical Record        Yellow - Business Office        Pink - Offender's Copy

F 4

AFTER WEEKS OF INTENSE PAIN FROM AN INJURY I SUSTAINED WHILE WORKING DUE TO NO FAULT OF MY OWN, I MADE SICK CALL FOR MY HIP ON 7-29-15. NO CHARGE & I WAS REFERRED TO SEE DR. HEARNS. SEE PAGE    I MADE SICK CALL NUMBEROUS TIMES. X-RAYS WERE TAKEN TWICE (SEE ARB-DWCC-2016-1908) AFTER THE FIRST X-RAYS, DR. HEARNS DIANOISED ME WITH MILD ARTHRITIS. I REPEATEDLY TRIED TO GET AN M.R.I.   THE PAIN WAS HORRIBLE & KEPT GETTING WORSE. I STARTED LOSING WEIGHT. DUE TO THE PAIN, MY BLOOD PRESSURE KEPT GOING PAST STROKE LEVEL. APPROX JUNE OF 2016, I HAD A MEDICAL TRIP TO LSU-S. MY BLOOD PRESSURE WAS 194/126. MY UROLOGIST (MICHELLE) SENT STRONG LANGUAGE TO DR. HEARNS URGING HER TO GET ME TO LSU-S SO THEY COULD FIND OUT WHAT WAS WRONG WITH MY HIP. 7-15-2016 MY BLOOD PRESSURE WAS 221/101. 1-27-2016 IT WAS 197/124.


On SATURDAY, 7-30-16, THE HIP BROKE COMPLETELY. THERE IS NO DOCTOR HERE ON THE WEEK-END. I HAD TO MANUALLY ALIGN THE BONES FOR SUPPORT. THE FOLLOWING MONDAY, 8-1-16, I MADE SICK CALL BUT HAD TO REPORT TO WORK ANYWAY BECAUSE I HAD NO DUTY STATUS. I MADE SICK CALL AGAIN 8-3-16. [WEDNESDAY] A REVIEW OF DWCC SECURITY CAMERA FILM WILL SHOW on 8-3-16, on A HIP THAT'S COMPLETELY BROKEN AT APPROX 7:15 A.m., I APPROACHED COL. EVANS (UNIT MANAGER) & ASS'T WARDEN JAMES ARNOLD [CHIEF OF SECURITY] AT THE EAST WALK GATE & ASKED THEM TO GET ME CRUTCHES. COLONEL EVANS CAUGHT NURSE NORRIS ON THE WALK & INQUIRED ABOUT THE CRUTCHES. SHE LIES & I GOT NO CRUTCHES. LATER THAT WEDNESDAY A.m., WHEN I RAISED MY HAND FOR ROLL CALL, I DROPPED & HAD TO BE CARRIED TO MY CELL, BY INMATES. DR. TAYLOR SAID WHEN I RAISED MY HAND, THE BONES SHIFTED TO FAR OUT OF PLACE THAT'S WHY I LOST THE ABILITY TO WALK ON THE HIP. LATER, THAT WEDNESDAY EVENING THE NURSES CAME BUT REFUSED TO COME TO MY CELL & I HAD TO GET 2 INMATES TO CARRY ME TO THEM. DURING THE INTERVIEW AT APPROX 2:30 P.M., NURSE NORRIS CAN BE SEEN ON THE SECURITY FILM LAUGHING AT ME AS I DESCRIBE MY INTENSE PAIN/INABILITY

F5

PAGE 1 OF 3 PAGES

TO WALK, TO NURSE HAMILTON. I WAS ISSUED A DUTY STATUS, BUT NO CRUTCHES. FROM 8-3-16 UNTIL 8-11-16, THE SECURITY CAMERA FILM WILL SHOW ME USING THE BACK OF A CHAIR AS A WALKER TO GET TO & FROM THE SHOWER.     FROM 8-1-16 TIL 8-12-16, NO MATTER HOW I TRIED I COULD NOT GET A DOCTOR TO SEE ME, ABOUT MY COMPLETELY BROKEN HIP.

FRIDAY, 8-12-16, I WAS TRANSPORTED TO CONWAY MEDICAL IN MONROE, ON THE NON-HANDICAPPED VAN AND HAD TO BE LOADED INTO THE VAN BY OFFICERS WHICH CAUSED THE BONES TO SHIFT AGAINST EACH OTHER. SECURITY OVERRODE MEDICAL & GOT ME A WHEELCHAIR TO BE TRANSPORTED TO THE VAN. AT CONWAY, THE HEAD OF ORTHOPEDICS THERE, DR. TAYLOR, INFORMED ME THAT MY HIP WAS BROKEN & BY LAW HE COULD NOT ADMIT ME OR GIVE ME ANYTHING FOR PAIN. I WAS LOADED INTO THE REGULAR VAN & BOUGHT BACK TO DWCC & UNLOADED... BONES SHIFTING. AT DWCC ALL I COULD GET FOR PAIN WAS TYLENOL/IBUPROFEN.   WITNESSED BY NURSE MORRIS, LT CARNEY, ASS'T WARDEN ANGIE HUFF.

MONDAY, 8-15-16, SURGERY WAS PERFORMED BY DR. TAYLOR WHO MISPLACED THE LARGE TITANIUM ROD. THE "MISPLACEMENT" IS WHY I'M STILL HAVING PAIN. DR. TAYLOR WAS NOT ABLE TO FIND THE MISPLACEMENT UNTIL MY THIRD TRIP COMPLAINING ABOUT THE INABILITY TO WALK/INTENSE PAIN (FELT LIKE MY HIP WAS BROKE). DR. TAYLOR EXPLAINED TO ME THE "MISPLACEMENT" HAD TO DO WITH LEAVING A PIECE OF THE TITA-NIUM ROD STICKING THRU THE BONES.   DR. TAYLOR CONCLUDED THE ROD NEEDED TO BE REMOVED. AT THE NEXT EXAMINATION, TAYLOR CONCLUDED THE TITANIUM ROD COULD NOT BE REMOVED BE-CAUSE THE CENTER OF THE HIP BONE WASN'T HEALING PROPERLY. THERE'S A REASON FOR THAT: ABUSE!     ABUSE FROM THE BEGINNING OF THE INJURY (HAIRLINE FRACTURE) ALL THRU THE CONTINOUS BREAKAGE, DURING THE COMPLETE BREAKAGE, AFTER SURGERY, & REHAB.

MY INJURIED HIP WAS UNDER CONTINOUS ATTACK FROM SEVERAL DWCC PRISON GUARDS = SGT. SHELIA COLEMAN, SGT DUNNIVANT, & SGT. MORGAN... WHO WERE WORKING WITH INMATES CHARLES PARKER, ALVIN HARVEY & A COUPLE OF OTHERS. DURING MY REHAB I RECIEVED NO ASSISTANCE/ADVICE FROM DR. TAYLOR OR DWCC MEDICAL PERSONNEL. I COULD NOT GET A CUSHION OR A TOILET STOOL WHICH ARE MANDATORY.

F6

PAGE 2 OF 3 PAGES

DR. TAYLOR - WHO IS DR. HEARN ASSISTANT VISITED ME ON OR ABOUT THURSDAY 8-18-16 IN THE NORTH INFIRMARY WHERE I WAS HOUSED AFTER THE 8-15-16 HIP SURGERY. HE INFORMED ME THAT 1) I BROKE MY HIP WITH MY MIND; 2) THE ONLY WAY HE WOULD ALLOW ME TO GET BACK INTO N5 WAS TO GIVE UP THE LORITAB I HAD BEEN RECIEVING SINCE SURGERY.

4-15-18, UNABLE TO USE THE LEG AT ALL. BOTH DOCTORS HEARN AND DR. FULLER REFUSE TO SEE ME. MY HIP FELT LIKE IT WAS BROKEN. I MADE SICK CALL SEVERAL TIMES. FROM THE INFIRMARY I COULD ONLY GET A ONE WEEK SUPPLY OF IBUGROFEN, BUT NO DUTY STATUS OR CRUTCHES/WHEELCHAIR.

THE PAIN IS HORRIBLE.

DWCC SECURITY FILM WILL SHOW ME BEING CARRIED TO THE EAST WALK GATE BY INMATES TO ANSWER ROLL CALL. SAME PROCEDURE AS IN AUGUST OF 2016.

PAGE 3 OF 3 PAGES

F7