## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

LEROY BROWN, JR.                          CIVIL ACTION NO. 18-832-P

VERSUS                                    CHIEF JUDGE FOOTE

SHELIA COLEMAN, ET AL.                    MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims occurring prior to June 21, 2018 are **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e) and his civil rights claims occurring after June 21, 2018 are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a).

**IT IS FURTHER ORDERED** that Plaintiff's motion to amend [Record Document 28] is **DENIED as moot**.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 30th day of March, 2021.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE